

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KANUBHAI A. PATEL, | § | No. 08-13-00311-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Four |
| THE STATE OF TEXAS, | § | of Collin County, Texas |
| Appellee. | § | (TC# 004-83898-2013) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF OCTOBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.